UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMUEL QUINTON BONNER,<br><br>             Petitioner - Appellant,<br><br>   v.<br><br>TERRI GONZALEZ, Warden,<br><br>             Respondent - Appellee. | No. 10-55237<br><br>D.C. No. 8:99-cv-00091-DOC-MAN<br>Central District of California,<br>Santa Ana<br><br>AMENDING ORDER |

Before:  PAEZ and IKUTA, Circuit Judges, and SEEBORG, District Judge.[*]

The memorandum disposition filed on May 16, 2013, is hereby amended as follows:

Page 2, line 17, delete "twenty-nine months" and insert "twenty-one months" in its place.

With this amendment, the Petitioner's Motion for Rehearing is DENIED.

The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.  Petitioner's Motion for

_____

[*]     The Honorable Richard Seeborg, District Judge for the U.S. District Court for the Northern District of California, sitting by designation.

Rehearing En Banc is therefore DENIED. No further petitions for rehearing or rehearing en banc will be entertained.